■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON PARKER, Appellant. [689 NYS2d 910] —Judgment unanimously affirmed. Memorandum: We agree with the suppression court that the police had probable cause to pursue and arrest defendant. An officer received a description of the suspect over the police radio and from the victim (*see, People v Sekoll,*

254 AD2d 797); the victim pointed out defendant, who was walking along the street, as the person who robbed him (*see, People v Grant,* 254 AD2d 700); and defendant fled when the pursuing officer directed him to stop (*see, People v Lindsay,* 249 AD2d 937, *lv denied* 92 NY2d 900). The bargained-for sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Monroe County, Cornelius, J.—Robbery, 1st Degree.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ.